IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EVA M. GARCIA-CHAVARRIA,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security,<br><br>    Defendant. | Civ. No. 05-1399-CO<br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Findings and Recommendation.

1 - ORDER

I have, therefore, given this matter <u>de novo</u> review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#22) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this **15** day of March, 2007.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER